JAMES O. DRUKER*
SCOTT M. DRUKER

COUNSEL
HONORABLE JOHN L. KASE (Ret.)
PAULA SCHWARTZ FROME
ALAN G. KRAUT

* (MEMBER N.Y., MASS. & FLA BAR)
jim@kaseanddrukerlaw.com
scott@kaseanddrukerlaw.com

*Kase & Druker*
*Counsellors at Law*
1325 Franklin Avenue
Suite 225
Garden City, N.Y. 11530

(516) 746-4300
FAX NO. (516) 742-9415

WESTCHESTER OFFICE
136 PALMER AVENUE
MAMARONECK, N.Y. 10543
(914) 834-4600

SARASOTA OFFICE
JAMES O. DRUKER
408 GULF OF MEXICO DRIVE
LONGBOAT KEY, FLORIDA 34228
(941) 383-3500

February 9, 2024

**FILED VIA ECF**
Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

           Re:  *United States v. Amanda Hon*
               Case No. 22CR 00060 (HG)

Dear Judge Gonzalez,

     I write to request permission for my client to travel to Connecticut for two days on February 24th, 2024 to work as a Production Assistant at Mohegan Sun.

     The Government and Probation have no objection to this request.

     Thank you in advance for your consideration.

                                    Respectfully submitted,

                                    James O. Druker

JOD:sd