JAMES O. DRUKER*
SCOTT M. DRUKER

COUNSEL
HONORABLE JOHN L. KASE (Ret.)
PAULA SCHWARTZ FROME
ALAN G. KRAUT

* (MEMBER N.Y., MASS. & FLA BAR)

jim@kaseanddrukerlaw.com
scott@kaseanddrukerlaw.com

*Kase & Druker*
*Counsellors at Law*
1325 Franklin Avenue
Suite 225
Garden City, N.Y. 11530

(516) 746-4300
FAX NO. (516) 742-9415

WESTCHESTER OFFICE
136 PALMER AVENUE
MAMARONECK, N.Y. 10543
(914) 834-4600

SARASOTA OFFICE
JAMES O. DRUKER
408 GULF OF MEXICO DRIVE
LONGBOAT KEY, FLORIDA 34228
(941) 383-3500

August 30, 2024

**Filed by ECF**
Honorable Hector Gonzales
United States District Judge
United States District Court
U. S. Courthouse
225 Cadman Plaza, East
Brooklyn, New York  11201

                Re:    *United States v. Amanda Hon*
                       Case No.: 22-CR-0060  (HG)

Dear Judge Gonzales:

      As the attorney for Amanda Hon I am writing to request a 90 day adjournment of her sentence that is presently scheduled to take place on October 1, 2024. Although the United States Attorney has graciously consented to an extension of thirty days, I am requesting an additional sixty days. There are several reasons underlining this, the most significant of which is that Ms. Hon is undergoing testing for what the doctors believe is a malignant breast tumor. If their primarily analysis proves to be correct, she will likely be undergoing treatment and/or surgery for at least the next few months and I am loathe to repeatedly ask for adjournments. In addition, the outcome of her medical issues may well have an impact on the sentence that your Honor will ultimately impose.

      Accordingly, we are requesting an adjournment to any date after January 15, 2025 that is amendable to the Court.

                                                                     Respectfully submitted,

                                                                     /s/

                                                                    James O. Druker