JAMES O. DRUKER*
SCOTT M. DRUKER

———
COUNSEL
HONORABLE JOHN L. KASE (Ret.)
PAULA SCHWARTZ FROME
ALAN G. KRAUT
———
* (MEMBER N.Y., MASS. & FLA BAR)
jim@kaseanddrukerlaw.com
scott@kaseanddrukerlaw.com

*Kase & Druker*
*Counsellors at Law*
*1325 Franklin Avenue*
*Suite 225*
*Garden City, N. Y. 11530*

(516) 746-4300
FAX NO. (516) 742-9415

WESTCHESTER OFFICE
136 PALMER AVENUE
MAMARONECK, N.Y. 10543
(914) 834-4600

SARASOTA OFFICE
JAMES O. DRUKER
408 GULF OF MEXICO DRIVE
LONGBOAT KEY, FLORIDA 34228
(941) 383-3500

September 3, 2024

*Filed via ECF*
Honorable Hector Gonzales
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Amanda Hon*
Case No.: 22 CR. 60(HG)

Dear Judge Gonzales:

As the attorney for Amanda Hon, I am writing in regard to the new sentencing date that was set by Your Honor (October 31, 2024). Unfortunately, I will be out of the country from October 25 through November 6; thus, I am reluctantly requesting that the date be changed to any date between November 11 and November 26 that is amenable to the Court, with the exception of the morning of November 13. I apologize for the inconvenience.

Respectfully submitted,

James O. Druker, Esq.