

United States v. Amanda Hon

Case No. 22-cr- 0060 (HG)

Dear Judge Gonzales,,

My name is Szeching Ho and I am Amanda Hon's boyfriend. Our daughter just turned 12 years old. When I met Amanda 14 years ago, I had just broken up from my relationship, was unemployed, and lost my father at the same time. It was the lowest point in my life and I was suffering from depression. But she encouraged me, helped me, and accompanied me as I emerged from that.

I am a father of two sons and I was a bad father. After the separation with their mother, I didn't even visit them. But after meeting Amanda, she constantly reminded me to visit and spend time with my sons, she sometimes even helped me take care of them. This made me take on the responsibility of being a father and prevented my two sons from being psychologically affected by their parents' separation as they grew up.  Although we live far from her elderly parents, we often visit her parents' home in Brooklyn and take care of them. Her filial nature has benefited me greatly, making me feel the preciousness of family bonds.

Amanda was born with a helpful nature. When I first met Amanda, I learned that she was sponsoring children in Africa. For almost 20 years, she also has been involved in a non-profit theater group, producing wonderful stage plays for the community's entertainment and service without pay or compensation.

During the COVID-19 pandemic, Amanda involved in sourcing and donating Protective Safety Equipment (PPE) to hospitals and clinics saved many lives. She also received praise from politicians like Chris Smith, United States Representative for the county where she lives.

In 2022, Amanda helped a great woman named Carmen who adopted orphans in Guatemala over 50 years after her own son was kidnapped. Since she couldn't travel abroad, she asked me and another friend to go there to donate and collect information because she planned to do something for Mamma Carmen's Orphanage in Guatemala by organizing all the pharmacists she knows in NY to do something like fundraising to sponsor the children. Moreover, she also put effort to help the Toys for Tots Organization, helping children from families without financial means to get toys and share happiness. She was born with a helpful nature for sure.

Since the incident, apart from doing good deeds to bring happiness to others, which makes her go out and see people, she often cries alone in her room at home and rarely talks to me. Because she doesn't want her family and children to suffer, she doesn't mention this matter and just wants to bear it alone.  In recent years, I have watched her change as a person.

For her Brooklyn businesses, I know for fact that Amanda rarely went back to the pharmacy as I was the one who drove her there every time, usually once or twice a month after we moved to NJ in 2013. After the investigation started, all involved parties are evading responsibility. Acted as if all the pharmacy matters were none of their business, leaving only Amanda to complete all the cleanup work. She received many debt collection calls every day, because they also gave her personal phone number to pharmaceutical company representatives, so demanding that she alone handle all the matters related to the envied pharmacy's closure which then she discovered what the partners and staff had done behind her. She deeply regrets everything she did and didn't do. Although many of the wrongdoings weren't directly her actions, she blames herself for not managing and overseeing the operations properly, which led to today's outcome.

Although the case has dragged on for a few years, she mentioned it's a relief that it is coming to an end, and she often says things will be better once it's over. She knows she can no longer work as a pharmacist, but I've seen her learning different aspects of healthcare. Not only that, she has also been diligently learning about cooking and the food industry, hoping to develop new opportunities. In the past six months, she has even sought opportunities to work in the food and beverage industry, aiming to reintegrate into society. She hopes to earn enough money to repay her debts in the future. At the same time, she has continuously dedicated her time and effort to community activities without interruption.

I respectfully ask Your Honor to show compassion and consider a lighter sentence. I will be by her side, helping her rebuild her life and encouraging her to make positive changes.

Respectfully,

*[signature]*

Szeching Ho

Szechenyi R.
456 State Route 79
Morganville, NJ 07751

FILED
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 30 2024 ★
BROOKLYN OFFICE

TRENTON NJ 085
23 OCT 2024 PM 3 L

Honorable Hector Gonzales
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

CERTIFIED MAIL
7022 2410 0002 4464 5157

U.S. POSTAGE PAID
FCM LETTER
MORGANVILLE, NJ 07751
OCT 23, 2024
$5.58
S2324H504343-14