JAMES O. DRUKER*
SCOTT M. DRUKER

COUNSEL
HONORABLE JOHN L. KASE (Ret.)
PAULA SCHWARTZ FROME
ALAN G. KRAUT

* (MEMBER N.Y., MASS. & FLA BAR)

jim@kaseanddrukerlaw.com
scott@kaseanddrukerlaw.com

*Kase & Druker*
*Counsellors at Law*
*1325 Franklin Avenue*
*Suite 225*
*Garden City, N.Y. 11530*

(516) 746-4300
FAX NO. (516) 742-9415

WESTCHESTER OFFICE
136 PALMER AVENUE
MAMARONECK, N.Y. 10543
(914) 834-4800

SARASOTA OFFICE
JAMES O. DRUKER
406 GULF OF MEXICO DRIVE
LONGBOAT KEY, FLORIDA 34228
(941) 383-3500

November 26, 2024

**Filed via ECF**
Honorable Hector Gonzales
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    *United States v. Amanda Hon*
                       Case No.: 22 CR. 60(HG)

Dear Judge Gonzales:

    As the attorney for Amanda Hon, I write to request a two-week extension of time for my client to commence her sentence of home-confinement. Currently, she is scheduled to begin serving her sentence on December 2, 2024; however, she is completing a community service project and is seeking a brief extension until December 16th.

    The Government takes no position on this request.

                                                                       Respectfully submitted,

                                                                       James O. Druker, Esq.