*Kase & Druker*
*Counsellors at Law*
*1325 Franklin Avenue*
*Suite 225*
*Garden City, N.Y. 11530*

JAMES O. DRUKER*
SCOTT M. DRUKER

———
COUNSEL
HONORABLE JOHN L. KASE (Ret.)
PAULA SCHWARTZ FROME
ALAN G. KRAUT
———

* (MEMBER N.Y., MASS. & FLA BAR)

jim@kaseanddrukerlaw.com
scott@kaseanddrukerlaw.com

(516) 746-4300
FAX NO. (516) 742-9415

WESTCHESTER OFFICE
136 PALMER AVENUE
MAMARONECK, N.Y. 10543
(914) 834-4600

———

SARASOTA OFFICE
JAMES O. DRUKER
408 GULF OF MEXICO DRIVE
LONGBOAT KEY, FLORIDA 34228
(941) 383-3500

April 23, 2025

**FILED VIA ECF**

United District Judge Hector Gonzalez
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *United States v. Amanda Hon*
       22-cr-60 (HG)

Dear Judge Gonzalez:

I am writing as the attorney for Amanda Hon, whom Your Honor sentenced on 11/15/24 to serve a sentence of two years probation that included six months of home confinement. Ms. Hon has completed approximately two thirds of her home confinement and her Probation Officer advises that she has complied with all of the terms and conditions that Your Honor imposed. We are seeking permission for Ms. Hon to attend her son's graduation on 5/17/25 in Allentown, Pennsylvania. This would necessitate her leaving home on Wednesday, 5/16 and returning on Friday, 5/18. As was noted in the PSR, she and her son are extremely close.

If Your Honor has any questions for the Probation Officer, his name is Andrew Senatore and his telephone number is (609) 238-8056.

Respectfully submitted,

James O. Druker

JOD:bd
encs.