JAMES O. DRUKER*
SCOTT M. DRUKER

COUNSEL
HONORABLE JOHN L. KASE (Ret.)
PAULA SCHWARTZ FROME
ALAN G. KRAUT

* (MEMBER N.Y., MASS. & FLA BAR)
jlm@kaseanddrukerlaw.com
scott@kaseanddrukerlaw.com

*Kase & Druker*
*Counsellors at Law*
*1325 Franklin Avenue*
*Suite 225*
*Garden City, N.Y. 11530*

(516) 746-4300
FAX NO. (516) 742-9415

WESTCHESTER OFFICE
136 PALMER AVENUE
MAMARONECK, N.Y. 10543
(914) 834-4600

SARASOTA OFFICE
JAMES O. DRUKER
408 GULF OF MEXICO DRIVE
LONGBOAT KEY, FLORIDA 34228
(941) 383-3500

**VIA ECF**                                         June 19, 2025

Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:  United States v. Hon
                     Docket No. 22-CR-60 (HG)

Dear Judge Gonzalez:

   I am writing as the attorney for Amanda Hon, whom Your Honor sentenced on November 15, 2024 to serve a sentence of two years probation that included six months of home confinement. Ms. Hon has completed the home confinement portion of her sentence, and it is my understanding that she has complied with all of the terms and conditions imposed by the Court. However, she is still on probation.

   Ms. Hon is requesting that she be given blanket permission to travel to New York City and the Boroughs of Brooklyn and Queens without being required to seek permission from Probation and the Court each time that she needs to travel from her home in New Jersey. The reasons for this request are multiple:

   (1) Ms. Hon will be engaging again in community service that will require her to be in the City;

   (2) Ms. Hon needs to visit her elderly parents, both of whom reside in the City;

   (3) Ms. Hon is interviewing for prospective employment in New York City and the interviews require her attendance there. Once she obtains employment, she will be required to be present in the City.

   Her Probation Officer has advised that, unless the Court orders otherwise, she must apply for permission each time she wishes to travel from New Jersey to New York.

                                   Respectfully submitted,

                                   James O. Druker

JOD:md