

November 12, 2025

**MEMORANDUM**

To: The Honorable Hector Gonzalez, U.S. District Judge

From: Deborah Roth, Administrative Assistant, U.S. Probation Department

Re: Transfer of Jurisdiction for HON, Amanda (Dkt No. 1:22-CR-60-01)

Enclosed is the Transfer of Jurisdiction form (Prob 22) for your signature.  The District of New Jersey requested that we initiate this transfer.