# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Trenton, NJ

UNITED STATES OF AMERICA

                         Plaintiff,

v.

AMANDA HON

                         Defendant.

Case No.: 3:25–cr–00715–ZNQ

Judge Zahid N. Quraishi

*22 –CR–60 (H6)*

Clerk of Court
USDC for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Original Jurisdiction No: 1:22cr60**

**Dear Clerk of Court:**

    Enclosed please find a Transfer of Jurisdiction Order to the District of New Jersey from your District. Please note that this matter has been filed in this District and assigned the above referenced docket number. The Indictment, Judgment and Docket Sheet have been retrieved via PACER. Please forward any additional necessary documents.

    Thank you for your anticipated cooperation in this matter.

                         Very truly yours,

                         CLERK OF COURT
                         By Deputy Clerk, amv

cc: Probation Office for the District of New Jersey

| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0207 1:22CR00060 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:25-CR-715 (ZNQ) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Eastern District of New York | Brooklyn |
| | NAME OF SENTENCING JUDGE | |
| Amanda Hon | The Honorable Hector Gonzalez, U.S. District Judge | |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|---|
| | | 11/14/2024 | 11/13/2026 |

| OFFENSE |
|---|
| 18 U.S.C. 1349 & 18 U.S.C. 1347 Conspiracy to Commit Health Care Fraud |
| 18 U.S.C. 371 Conspiracy to Offer and Pay Health Care Kickbacks |

| JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision) |
|---|
| Due to residency |

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     **EASTERN**     DISTRICT OF     **NEW YORK**

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the     District of New Jersey     upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| November 12, 2025 | /s/ Hector Gonzalez |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     DISTRICT OF     **NEW JERSEY**

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 11/13/2025 | |
|---|---|
| *Effective Date* | *United States District Judge* |

**CLERK, U.S. DISTRICT COURT**
402 E. STATE STREET, ROOM 2020
**TRENTON, NEW JERSEY 08608**

OFFICIAL BUSINESS

TRENTON NJ 085

14 NOV 2025 PM 5 L

FIRST-CLASS MAIL
IMI
$000.74
11/14/2025 ZIP 08608
043M31257673

US POSTA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ 2025 ★

ii20i-i83299